U.S. DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LUCIA MABEL GONZALEZ PAREDES, )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>JOSE LUIS VILA and MONICA NIELSEN )<br>)<br>Defendants )<br>_____) | Case No. 1:06CV00089<br>Judge: Paul L. Friedman |

MOTION FOR TIME EXTENSION TO ANSWER COMPLAINT

Defendants Jose Luis Vila and Monica Nielsen, through undersigned counsel, and without accepting the jurisdiction of the Court in this action through this filing, hereby state and move the Court as follows:

1. Defendant Jose Luis Vila ("Vila") is an accredited diplomatic officer of the Embassy of Argentina in Washington, D.C., and Defendant Monica Nielsen ("Nielsen") is Vila' wife. Both defendants are in the United States under A-1 visas.

2. Articles 31 and 37 of the Vienna Convention on Diplomatic Relations (the"Vienna Convention") bestow diplomatic immunity upon accredited diplomats and their spouses from the criminal, civil, and administrative jurisdiction of the United States. Before U.S. courts can acquire jurisdiction over Defendants, Article 32 of the Vienna Convention requires that the U.S. State Department receive an express waiver of diplomatic immunity from the diplomat's sending state.

3. Defendants have requested the Government of Argentina to grant a formal waiver of diplomatic immunity for Defendants to authorize them to accept the

1

jurisdiction of this court and answer the complaint..

WHEREFORE, in consideration of the above averments, Defendants respectfully request the Court to grant Defendants an indefinite time extension within which to file an answer to the complaint and contingent upon the grant of diplomatic immunity waiver by the Government of Argentina.

Respectfully submitted,

*/s/ Michael E. Veve*　　　　　　　　　　　　　　　March 10, 2006
Michael E. Veve, PLLC
D.C. Bar No. 222679
Lasa, Monroig & Veve, LLP
2121 K Street, N.W., Suite 800
Washington, D.C. 20037
Tel.: (202)261-3524
Fax: (202)261-3523

Counsel for Defendants

## Certificate of Service

I HEREBY CERTIFY that a copy of the foregoing was mailed first class, postage prepaid, this 10 day of March, 2006 to:

>Muneer I. Ahmad, Esquire
>International Human Rights Law Clinic
>American University Washington College of Law
>4801 Massachusetts Avenue, N.W.
>Suite 417
>Washington, D.C. 20016

*/s/ Michael E. Veve*
Michael E. Veve, PLLC

2