AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

LUCIA MABEL GONZALEZ PAREDES
10019 Georgia Ave.
Silver Spring, MD  20902
(703) 863-4881

**SUMMONS IN A CIVIL CASE**

V.

JOSE LUIS VILA
4545 Connecticut Ave., N.W. # 726
Washington, D.C.  20008

CASE NUMBER  1:06CV00089

JUDGE: Paul L. Friedman

DECK TYPE: Labor/ERISA (non-employme)

DATE STAMP: 01/18/2006

JURY ACTION

TO: (Name and address of Defendant)

MR. JOSE LUIS VILA
4545 Connecticut Ave., N.W. #726
Washington, D.C. 20008

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Muneer Ahmad, Esq.
International Human Rights Law Clinic
American University Washington College of Law
4801 Massachusetts Ave., N.W. Suite 417
Washington, D.C. 20016    (202)-274-4147

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON          JAN 18 2005
CLERK                                DATE

_Janette Stewart Church_
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

Service of the Summons and complaint was made by me[*](1)  
DATE: 02-19-06 at 8:45 p.m.

NAME OF SERVER (PRINT): Daniel F. Portnoy  
TITLE: Private Process Server

Check one box below to indicate appropriate method of service

[X] Served personally upon the defendant. Place where served: 3003 Van Ness Street, NW, #S825, Washington, DC 20008

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

[ ] Returned unexecuted: _____

[ ] Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  02-21-06  
Date

Signature of Server

Capitol Process Services, Inc.  
1827 18th Street, NW  
Washington, DC 20009  
(202) 667-0050

Address of Server

* Notice of Right to Consent to Trial Before a United States Magistrate Judge and Initial Electronic Case Filing Order

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.