# U.S. DISTRICT COURT FOR
# THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LUCIA MABEL GONZALEZ PAREDES, ) <br> ) <br> Plaintiff ) <br> ) <br> v. ) <br> ) <br> JOSE LUIS VILA and MONICA NIELSEN ) <br> ) <br> Defendants ) <br> ) | Case No. 1:06CV00089 <br> Judge: Paul L. Friedman |

## MOTION FOR TIME EXTENSION TO ANSWER COMPLAINT

Defendants Jose Luis Vila and Monica Nielsen, through undersigned counsel, and without accepting the jurisdiction of the Court in this action through this filing, hereby state and move the Court as follows:

1. Defendants have requested the Government of Argentina to grant a formal waiver of diplomatic immunity for Defendants to authorize them to accept the jurisdiction of this court and answer the complaint.

2. The Government of Argentina is presently processing Defendants' waiver request, without a final determination having yet issued.

WHEREFORE, in consideration of the above averments, Defendants respectfully request the Court to grant Defendants an additional 30-day time extension, until June 15, 2006, within which to file an answer to the complaint and contingent upon the grant of diplomatic immunity waiver by the Government of Argentina.

1

Respectfully submitted,

*Michael E. Veve*                          May 15, 2006

Michael E. Veve, PLLC
D.C. Bar No. 222679
Lasa, Monroig & Veve, LLP
2121 K Street, N.W., Suite 800
Washington, D.C. 20037
Tel.: (202)261-3524
Fax: (202)261-3523

Counsel for Defendants

## Certificate of Service

I HEREBY CERTIFY that a copy of the foregoing was mailed first class, postage prepaid, this 15th day of May, 2006 to:

> Muneer I. Ahmad, Esquire
> International Human Rights Law Clinic
> American University Washington College of Law
> 4801 Massachusetts Avenue, N.W.
> Suite 417
> Washington, D.C. 20016

*Michael E. Veve*

Michael E. Veve, PLLC