# U.S. DISTRICT COURT FOR
# THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LUCIA MABEL GONZALEZ PAREDES, ) <br> ) <br> Plaintiff ) <br> ) <br> v. ) <br> ) <br> JOSE LUIS VILA and MONICA NIELSEN ) <br> ) <br> Defendants ) <br> ) | Case No. 1:06CV00089 <br> Judge: Paul L. Friedman |

## DEFENDANTS' MOTION TO QUASH SERVICE OF PROCESS
## AND
## DISMISS COMPLAINT

Defendants Jose Luis Vila and Monica Nielsen, through undersigned counsel, and without accepting the jurisdiction of the Court in this action through this filing, hereby state and move the Court as follows:

1. Defendant Jose Luis Vila ("Vila") is a diplomatic employee of the Embassy of Argentina in Washington, D.C. holding an A-1 diplomatic visa.

2. Co-defendant Monica Nielsen is Vila's wife and holds an A-1 diplomatic visa.

3. By virtue of Resolution 1084 of June 12, 2006, the Government of Argentina has requested Defendants to assert diplomatic immunity with regard to the instant civil action pursuant to the terms of the Vienna Convention on Diplomatic Relations, Apr. 18, 1961, 23 U.S.T. 3227, T.I.A.S. No. 7502 (see also Tabion v. Mufti and Mufti, 73 F. 3d 535 (4th Cir. 1996).

1

WHEREFORE, in consideration of the above averments, Defendants respectfully request the Court to quash the service of process in this civil action and dismiss the complaint with prejudice based on the invocation and assertion of diplomatic immunity by the Government of Argentina.

Respectfully submitted,

*/s/ Michael E. Veve*

June 15, 2006

Michael E. Veve, PLLC
D.C. Bar No. 222679
Lasa, Monroig & Veve, LLP
2121 K Street, N.W., Suite 800
Washington, D.C. 20037
Tel.: (202)261-3524
Fax: (202)261-3523

Counsel for Defendants

Certificate of Service

I HEREBY CERTIFY that a copy of the foregoing was mailed first class, postage prepaid, this 15th day of June, 2006 to:

> Muneer I. Ahmad, Esquire
> International Human Rights Law Clinic
> American University Washington College of Law
> 4801 Massachusetts Avenue, N.W.
> Suite 417
> Washington, D.C. 20016

*/s/ Michael E. Veve*

Michael E. Veve, PLLC

2