U.S. DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| LUCIA MABEL GONZALEZ PAREDES | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:06CV00089 |
| | ) | Judge Paul L. Friedman |
| v. | ) | |
| | ) | |
| JOSE LUIS VILA and MONICA NIELSEN | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**[PROPOSED] ORDER**

Plaintiff's Motion for Extension of Time to File Opposition to Defendants' Motion to Dismiss Complaint and Quash Service of Process is hereby GRANTED. Plaintiff's opposition brief is due no later than August 25, 2006.


Dated: _____                    _____
                                                                    Judge Paul L. Friedman