IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| LUCIA MABEL GONZALEZ PAREDES, )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>JOSE LUIS VILA and MONICA NIELSEN, )<br>)<br>Defendants )<br>) | Case No. 1:06CV00089<br>Judge Paul L. Friedman |

[PROPOSED] ORDER

Upon consideration of Defendants' Motion to Quash Service of Process and Dismiss Complaint (filed June 18, 2006), and Plaintiff's Opposition thereto, it is this day

ORDERED that Defendants' Motion to Quash Service of Process and Dismiss Complaint is hereby DENIED.

Dated:_____          _____
                                                                    Judge Paul L. Friedman