# U.S. DISTRICT COURT FOR
# THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LUCIA MABEL GONZALEZ PAREDES, ) <br> ) <br> Plaintiff ) <br> ) <br> v. ) <br> ) <br> JOSE LUIS VILA and MONICA NIELSEN ) <br> ) <br> Defendants ) <br> _____) | Case No. 1:06CV00089 <br> Judge: Paul L. Friedman |

### MOTION FOR TIME EXTENSION TO RESPOND TO
### PLAINTIFF'S OPPOSITION TO QUASH SERVICE OF PROCESS
### AND DISMISS COMPLAINT

Defendants Jose Luis Vila and Monica Nielsen, through undersigned counsel, and without accepting the jurisdiction of the Court in this action through this filing, hereby state and move the Court as follows:

1.  Plaintiff has opposed Defendants' pending Motion to Quash Service of Process and Dismiss Complaint by asserting, in part, that Defendants have failed to present evidence they are entitled to diplomatic immunity.

2.  Defendants have requested a copy of the U.S. Department of State's official accreditation acknowledging and recognizing Defendants' status as diplomatic agent, and as spouse of diplomatic agent, of the Republic of Argentina, as well as a copy of the formal diplomatic note sent by the Republic of Argentina to the U.S. Department of State informing the United States that it has exercised its right of diplomatic immunity with regard to Defendants in this civil matter.

WHEREFORE, in consideration of the above averments, Defendants respectfully request the Court to grant Defendants a 30-day time extension, until October 25, 2006, within which to file with the Court the above-referenced documents.

Respectfully submitted,

*/s/ Michael E. Veve*

_____                September 25, 2006
Michael E. Veve, PLLC
D.C. Bar No. 222679
Lasa, Monroig & Veve, LLP
1250 Connecticut Avenue, N.W., Suite 200
Washington, D.C. 20036
Tel.: (202)261-3524
Fax: (202)261-3523

Counsel for Defendants


## Certificate of Service

I HEREBY CERTIFY that a copy of the foregoing was mailed first class, postage prepaid, this 25th day of September, 2006 to:

> Thomas F. Connell, Esquire
> Wilmer Cutler Pickering Hale and Dorr, LLP
> 1875 Pennsylvania Avenue, N.W.
> Washington, D.C. 20006
>
> Muneer I. Ahmad, Esquire
> International Human Rights Law Clinic
> American University Washington College of Law
> 4801 Massachusetts Avenue, N.W.
> Suite 417
> Washington, D.C. 20016

*/s/ Michael E. Veve*

_____
Michael E. Veve, PLLC