IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LUCIA MABEL GONZALEZ PAREDES, )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>JOSE LUIS VILA and MONICA NIELSEN, )<br>)<br>Defendants )<br>) | Case No. 1:06CV00089<br>Judge Paul L. Friedman |

[PROPOSED] ORDER

Upon consideration of Defendants' Motion for Time Extension to Respond to Plaintiff's Opposition to Quash Service of Process and Dismiss Complaint (September 25, 2006), and Plaintiff's Opposition thereto, it is this day

ORDERED that Defendants' Motion for Time Extension is hereby DENIED.

Dated:_____          _____
                                Judge Paul L. Friedman