

```
EMBAJADA ARGENTINA
WASHINGTON, D.C.
ENTRÓ  OCT 0 4 2006
NOTA NO.  DE 18/06
```

United States Department of State

Washington, D.C.   20520

Re:  Lucia Mabel Gonzalez Paredes
v.
Jose Luis Vila and Monica Nielsen
Case No. 1:06CV00089
U.S. District Court for the District of Columbia

To Whom It May Concern:

I, Gladys Boluda, Assistant Chief of Protocol of the United States Department of State, am responsible for registering and maintaining the official records of diplomatic and consular officers and other employees of foreign governments and international organizations in the United States and its Territories. I hereby certify as follows:

The official records of the Department of State indicate that the Embassy of Argentina notified Mr. Jose Luis Vila to the Department of State on May 23, 2003, as a national of Argentina and a diplomatic agent at the Embassy of Argentina. The Department of State's records indicate that he continues to serve in that capacity. At the same time, the Embassy of Argentina notified Monica Nielsen as a national of Argentina and Mr. Vila's spouse residing in his household.

- 2 -

Article 31 of the Vienna Convention on Diplomatic Relations (23 UST 3227; TIAS 7502; 500 UNTS 95), states in pertinent part:

1. A diplomatic agent shall enjoy immunity from the criminal jurisdiction of the receiving State. He shall also enjoy immunity from its civil and administrative jurisdiction except in the case of:

    (a) a real action relating to private immovable property situated in the territory of the receiving State, unless he holds it on behalf of the sending State for the purposes of the mission;

    (b) an action relating to succession in which the diplomatic agent is involved as executor, administrator, heir or legatee as a private person and not on behalf of the sending State;

    (c) an action relating to any professional or commercial activity exercised by the diplomatic agent in the receiving State outside his official functions.

2. A diplomatic agent is not obliged to give evidence as a witness.

\* \* \* \* \*

Article 37(1) of the Convention provides:

1. The members of the family of a diplomatic agent forming part of his household shall, if they are not nationals of the receiving State, enjoy the privileges and immunities specified in Articles 29 to 36.

\* \* \* \* \*

*Gladys Boluda*
Gladys Boluda
Assistant Chief of Protocol

Department of State,

Washington, September 25, 2006.