*Embassy of the Argentine Republic*

**CONFIDENCIAL**

"URGENT"

DE 150 /2006

The Embassy of the Argentine Republic presents its compliments to the Department of State -Office of Protocol- and wishes to refer to this Embassy's note DE 71/2006 dated April 12, 2006.

As previously informed in the above mentioned note, the Ministry of Foreign Affairs gave authorization to plead the "Immunity of Jurisdiction" in respect to the Court and the Civil suit against Counselor Jose Luis Vila and his spouse Monica Nielsen, pursuant to the Vienna Convention on Diplomatic Relations.

The Embassy of Argentina kindly requests the U.S. Department of State to certify the accreditation of the diplomatic status of both, Counselor Jose Luis Vila and his spouse, Monica Nielsen, and that this certification be forwarded to the US Court in the case (U.S. District Court for the District of Columbia- Judge Paul Friedman). It would be greatly appreciated if a copy of this certification as well as of the note previously sent by the Department of State to the Court is sent to the Argentine Embassy so that it may be added to the writ to be presented in Court.

The Embassy of the Argentine Republic avails itself of this opportunity to renew to the Department of State -Office of Protocol- the assurances of its highest consideration.

Washington DC, September 18, 2006.



AXL
RAC
PAV

TO THE DEPARTMENT OF STATE
-OFFICE OF PROTOCOL-

*Embassy
of the
Argentine Republic*

CONFIDENCIAL

DE 71 /2006

     The Embassy of the Argentine Republic presents its compliments to the Department of State -Office of Protocol- and wishes to inform that a civil suit was filed in the District Court for the District of Columbia by Ms. Gonzalez Paredes, against Counselor Jose Luis Vila, a Diplomat of this Embassy, and his spouse.

     Ms. Gonzalez claims she was underpaid wages as live-in domestic employee during her period of employment.(April 2004/February 2005).

     This civil suit involves a duly accredited diplomatic officer of this Embassy, Counselor José Luis Vila and his spouse, Mónica Nielsen. A copy of the subpoena and notification is herewith enclosed. It must be pointed out that the subpoena was served at the private domicile of Mr. Vila and his spouse.

     Pursuant to the Vienna Convention on Diplomatic Relations of which both our Country and the Unites States are Parties, Counselor Vila and his spouse have immunity of jurisdiction in respect to the Court and the civil suit being conducted there. The authorization by the Ministry of Foreign Affairs to plead this argument in Court is being processed.

/.

TO THE DEPARTMENT OF STATE

-OFFICE OF PROTOCOL-

CONFIDENCIAL

../ /

A Memorandum with annexes, prepared by the diplomatic officer and his spouse informing the fulfilling of their contract obligations to Ms. Gonzalez, is attached.

The Ministry of Foreign Affairs, requests the Department of State to convey to the Court these circumstances as well as the additional information enclosed.

The Embassy of the Argentine Republic avails itself of this opportunity to renew to the Department of State -Office of Protocol- the assurances of its highest consideration.

Washington DC, April 12, 2006.

BJS
12c RAC
PAV

w.enclosure