IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LUCIA MABEL GONZALEZ PAREDES, ) <br> ) <br> Plaintiff ) <br> ) <br> v. ) <br> ) <br> JOSE LUIS VILA and MONICA NIELSEN, ) <br> ) <br> Defendants ) <br> ) | Case No. 1:06CV00089 P.L.F. |

**NOTICE OF PLAINTIFF'S REQUEST FOR ORAL HEARING**

Pursuant to Local Rule 7(f), Plaintiff respectfully requests an oral hearing concerning the pending "Defendants' Motion to Quash Service of Process and Dismiss Complaint." Based on all the papers now filed, Plaintiff believes that the pending Motion raises important issues of federal and international law that may have a broad impact, particularly in the District of Columbia. For that reason, we respectfully submit that oral argument would be appropriate. Plaintiff has consulted with counsel for the Defendant, Mr. Veve, who opposes this request.

Respectfully Submitted,

_____/s/_____
Thomas F. Connell (D.C. Bar No. 289579)
Wilmer Cutler Pickering Hale and Dorr LLP.
1875 Pennsylvania Ave, N.W.
Washington, D.C. 20006
202-663-6000 (Phone)
202-663-6363 (Fax)

Muneer I. Ahmad (D.C. Bar No. 483131)
International Human Rights Law Clinic
American University Washington College of Law
4801 Massachusetts Ave., N.W., Suite 417
Washington, DC 20016
202-274-4147 (Phone)
202-274-0659 (Fax)

Counsel for Plaintiff Lucia Mabel Gonzalez Paredes


Dated: October 18, 2006