*Embassy
of the
Argentine Republic*

1:06CV0089-PLF

**FILED**

OCT 1 3 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

VEU08/2006

      The Embassy of the Argentine Republic presents its compliments to the U.S. District Court for the District of Columbia- and wishes to refer to the civil suit filed by Ms. Gonzalez Paredes, Case Nr. 106CV00089 against Counselor Jose Luis Vila, a Diplomat Agent of this Embassy, and his spouse, Monica Nielsen.

      After careful study by the Ministry of Foreign Relations, International Trade and Worship of Argentina, the Argentine Republic pleads immunity of jurisdiction regarding the U.S. Court and the case before it for its diplomatic agent Counselor VILA and his spouse, Monica NIELSEN, given the fact that at the time Ms GONZALEZ was employed by Mr. Vila, they were duly accredited, as proven by the certification issued by the Department of State on September 25th 2006, and as conveyed by the Embassy to the Department of State in its note of April 2006.

      Herewith enclosed are the previous notes sent by this Embassy to the Department of State concerning this case, as well as the original note of the Department of State regarding the status of Counselor Jose Luis Vila and his spouse, Monica Nielsen.

      The Embassy of the Argentine Republic avails itself of this opportunity to renew to the U.S. District Court for the District of Columbia- the assurances of its highest consideration.

Washington DC, October 5, 2006.-



RAC/
PAV

Let this
be filed

GZF

10/13/06

w.c. DEPARTMENT OF STATE - PROTOCOL OFFICE -
Mr. Jose Luis VILA and Mrs. Monica Nielsen

TO THE U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
WASHINGTON DC