UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| LUCIA MABEL GONZALEZ PAREDES,<br><br>Plaintiff,<br><br>v.<br><br>JOSE LUIS VILA, et al.<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 06-0089 (PLF)<br>)<br>)<br>)<br>)<br>)<br>) |

### RESPONSE BY THE UNITED STATES TO INVITATION TO FILE STATEMENT OF INTEREST

The United States appreciates the Court's invitation, via letter dated November 1, 2006, for it to submit:

a communication from the Department of State setting forth the Department's views and/or positions about this case, including but not limited to the following issues:

1. What is the Department of State's position on whether contracts for services such as domestic help are within the meaning of "professional or commercial activity" under Article 31(1)(c) of the Vienna Convention on Diplomatic Relations of April 18, 1961?

2. What is the Department of State's position on whether the construction of the phrase "commercial activity" under the Vienna Convention should be informed by the caselaw under the Foreign Sovereign Immunities Act?

The Court's letter stated that "[i]f the Department of State would like to express its views and/or positions on these matters, the Court would appreciate a response by December 15, 2006." Although the United States has endeavored to complete its consideration of the Court's invitation by that date, it has not been able to do so.

The United States is in the process of considering whether to state its interests with

respect to the two issues outlined by the Court, or any other issued raised by this case. That process is still ongoing, however, as it involves coordination among various government agencies and the approval of the Assistant Attorney General for the Civil Division for any such participation in this litigation. The United States anticipates completing its consideration of this matter by January 16, 2007, by which date the United States intends to either file a Statement of Interest or inform the Court and counsel that the United States will not be filing a Statement of Interest at that time.

Dated: December 15, 2006

                    Respectfully submitted,

                    PETER D. KEISLER
                    Assistant Attorney General

                    JEFFREY A. TAYLOR
                    United States Attorney

                    JOSEPH H. HUNT
                    Director, Federal Programs Branch

                    VINCENT M. GARVEY
                    Deputy Director, Federal Programs Branch

                    */s/ Siobhan K. Madison*
                    SIOBHAN K. MADISON
                    Trial Attorney
                    U.S. Department of Justice, Civil Division
                    20 Massachusetts Ave., N.W., Ste. 7108
                    Washington, D.C. 20530
                    (202) 353-2646 (tel)
                    (202) 616-8740 (fax)

                    *Counsel for the United States of America*