UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| LUCIA MABEL GONZALEZ PAREDES,   )<br>   )<br>      Plaintiff,   )<br>   )<br>v.   )<br>   )<br>JOSE LUIS VILA, et al.   )<br>   )<br>      Defendants.   )<br>   )<br>   ) | Civil Action No. 06-0089 (PLF) |

### UNITED STATES' SECOND RESPONSE TO INVITATION TO FILE STATEMENT OF INTEREST

On November 1, 2006, the Court invited the United States to provide its views on several issues in the instant suit, and requested that any such submission be filed by December 15, 2006. On December 15, 2006, the United States responded to this invitation, explaining to the Court that, while it endeavored to complete its consideration of the Court's invitation by December 15, 2006, it had been unable to do so. The United States further explained that its consideration of the matter was an ongoing process involving coordination among various government agencies. While this process, which would include the finalizing of any written submission, is now substantially complete, additional time is necessary to fully complete the process. The United States anticipates that the process will be completed within ten (10) days, or by January 26, 2007, by which date the United States intends to either file a Statement of Interest or inform the Court and counsel that the United States will not be filing a Statement of Interest at that time. The United States appreciates the Court's patience in this matter.

Dated: January 16, 2006

          Respectfully submitted,

          PETER D. KEISLER
          Assistant Attorney General

          JEFFREY A. TAYLOR
          United States Attorney

          JOSEPH H. HUNT
          Director, Federal Programs Branch

          VINCENT M. GARVEY
          Deputy Director, Federal Programs Branch

          _____
          SIOBHAN K. MADISON
          Trial Attorney
          U.S. Department of Justice, Civil Division
          20 Massachusetts Ave., N.W., Ste. 7108
          Washington, D.C. 20530
          (202) 353-2646 (tel)
          (202) 616-8740 (fax)

          *Counsel for the United States of America*