# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| LUCIA MABEL GONZALEZ PAREDES,<br><br>Plaintiff,<br><br>v.<br><br>JOSE LUIS VILA, et al.<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)   Civil Action No. 06-0089 (PLF)<br>)<br>)<br>)<br>)<br>)<br>) |

## UNITED STATES' SECOND RESPONSE TO INVITATION TO FILE STATEMENT OF INTEREST

On November 1, 2006, the Court invited the United States to provide its views on several issues in the instant suit, and requested that any such submission be filed by December 15, 2006. On December 15, 2006, the United States responded to this invitation, explaining to the Court that, while it endeavored to complete its consideration of the Court's invitation by December 15, 2006, it had been unable to do so. The United States further explained that its consideration of the matter was an ongoing process involving coordination among various government agencies. While this process, which would include the finalizing of any written submission, is now substantially complete, additional time is necessary to fully complete the process. The United States anticipates that the process will be completed within ten (10) days, or by January 26, 2007, by which date the United States intends to either file a Statement of Interest or inform the Court and counsel that the United States will not be filing a Statement of Interest at that time. The United States appreciates the Court's patience in this matter.

Dated: January 16, 2006

                                        Respectfully submitted,

                                        PETER D. KEISLER
                                        Assistant Attorney General

                                        JEFFREY A. TAYLOR
                                        United States Attorney

                                        JOSEPH H. HUNT
                                        Director, Federal Programs Branch

                                        VINCENT M. GARVEY
                                        Deputy Director, Federal Programs Branch


                                        _____

                                        SIOBHAN K. MADISON
                                        Trial Attorney
                                        U.S. Department of Justice, Civil Division
                                        20 Massachusetts Ave., N.W., Ste. 7108
                                        Washington, D.C. 20530
                                        (202) 353-2646 (tel)
                                        (202) 616-8740 (fax)

                                        *Counsel for the United States of America*