UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LUCIA MABEL GONZALEZ PAREDES, | ) |
| Plaintiff, | ) |
| v. | ) Civ. Act No. 06CV00089 PLF |
| JOSE LUIS VILA and MONICA NIELSEN, | ) |
| Defendants. | ) |

**MOTION OF THE AMERICAN CIVIL LIBERTIES UNION,
BREAK THE CHAIN CAMPAIGN, CASA OF MARYLAND, AND GLOBAL RIGHTS –
PARTNERS FOR JUSTICE, *AMICI CURIAE*, FOR LEAVE TO FILE A
MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFF'S MEMORANDUM OF
POINTS AND AUTHORITIES IN OPPOSITION TO DEFENDANTS' MOTION TO
QUASH SERVICE OF PROCESS AND DISMISS COMPLAINT**

The American Civil Liberties Union, the Break the Chain Campaign, CASA of Maryland, and Global Rights – Partners for Justice respectfully move, pursuant to LCvR 7, for leave to file as *amici curiae* the attached Memorandum of Law in Support of Plaintiff's Memorandum of Points and Authorities in Opposition to Defendants' Motion to Quash Service of Process and Dismiss Complaint. *Amici curiae* are organizations that represent the interests of domestic workers in the United States on special visas.

The American Civil Liberties Union ("ACLU") is a nationwide, non-partisan organization of more than 500,000 members dedicated to preserving the Bill of Rights. The ACLU Women's Rights Project, founded in 1972 by Ruth Bader Ginsburg, is a leader in efforts to eliminate the barriers to women's full equality in American society. The Women's Rights Project believes that in order to truly achieve equality for women, the most vulnerable

populations of women – poor women, immigrant women, and women of color – must have access to economic opportunity and freedom from discrimination and exploitation.  The discrimination and exploitation of domestic workers is especially pernicious for immigrant women who also encounter considerable obstacles to enforcing their rights.  Accordingly, the ACLU Women's Rights Project seeks to ensure that the rights of immigrant women workers do not continue to be imperiled and that victims of discrimination and exploitation have access to justice.

Break the Chain Campaign ("BTCC"), a project of the Institute of Policy Studies, works with domestic workers who are victims of trafficking in persons and/or labor exploitation in the Washington, DC area.  BTCC has worked with exploited and abused domestic workers since 1997.  BTCC provides direct legal and support services to abused workers, assists on cases nationally, and advocates for policy reform for human trafficking and labor exploitation.  Over the years, numerous domestic workers exploited by those who hold diplomatic immunity have sought assistance at BTCC.

CASA of Maryland ("CASA") has worked for more than twenty years to advance the rights of low-wage workers, especially immigrant workers.  Specifically, CASA attorneys have represented sixteen women who served as domestic workers for diplomats in the Washington D.C. metropolitan area, including four cases where the diplomats had engaged in human trafficking. CASA has also represented more than a hundred domestic workers in cases not involving diplomat employers.  CASA has negotiated on behalf of the domestic employees of diplomats, engaged the workers in public advocacy, and worked with the U.S. Department of State and foreign embassies in Washington, D.C. to improve the treatment of domestic workers.

Global Rights – Partners for Justice ("Global Rights") is a non-profit organization of human rights and legal professionals engaged in human rights advocacy, litigation, and training around the world. Founded in the District of Columbia in 1978, Global Rights (formerly the International Human Rights Law Group) works to empower advocates to expand the scope of human rights protection for men and women and to promote broad participation in creating more effective human rights standards and procedures at the national, regional, and international level. Global Rights has represented individuals and organizations before U.S. and international tribunals and has appeared as amicus curiae in a number of U.S. cases. Beginning in the 1990s, a central focus of Global Rights' work has been to promote the use of international human rights law and standards in efforts to promote women's rights and to combat racial discrimination. Global Rights joins this brief to emphasize the obligation of the United States under its international treaty obligations to ensure that legal remedies are available to all people – regardless of their employment situation – for violations of human rights.

*Amici*'s mission in serving domestic workers is seriously threatened by the possibility that an erroneous application of diplomatic immunity would bar suits against diplomats for abuses similar to — and even more egregious than — the facts of this case. *Amici* advocate for the rights of domestic workers in the United States on special visas. If these workers are unable to seek justice against their employers in United States courts, *amici*'s mission would be severely hampered.

Like Ms. Gonzalez, *amici* believe that the commercial exception to diplomatic immunity under the Vienna Convention should apply on these circumstances. They submit this brief not to repeat plaintiff's arguments, but to provide the Court with the context of pervasive abuse suffered by domestic workers in the United States on special visas and to emphasize the

3

potentially devastating effects of a finding of diplomatic immunity on attempts by domestic workers with special visas to obtain justice when they are abused or trafficked.

Plaintiff Lucia Mabel Gonzalez Paredes consents to the filing of a memorandum by *amici*. Counsel for Defendants Jose Luis Vila and Monica Nielsen has informed counsel for *amici* that Defendants oppose the filing of this brief. A proposed order granting *amici* leave to file is attached.

Date:  January 26, 2007

Respectfully submitted,

_____
Steven B. Fabrizio (D.C. Bar. No. 436482)
Carol M. Wilhelm*
Martina E. Vandenberg (D.C. Bar No. 476685)
Anne E. Ralph*
JENNER & BLOCK LLP
601 Thirteenth Street, N.W., Suite 1200
Washington, D.C.  20005
(202) 639-6000


Claudia Flores*
Lenora Lapidus*
Jennie Pasquarella* (pending admission)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION- WOMEN'S RIGHTS PROJECT
125 Broad Street, 18th Floor
New York, NY 10004

*Attorneys for Amici Curiae*
*not admitted in this District