UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LUCIA MABEL GONZALEZ PAREDES, | ) |
| Plaintiff, | ) |
| v. | ) Civ. Act No. 06CV00089 PLF |
| JOSE LUIS VILA and MONICA NIELSEN, | ) |
| Defendants. | ) |

**ORDER**

Upon consideration of the Motion for Leave to File a Memorandum of Law in Support of Plaintiff's Memorandum of Points and Authorities in Opposition to Defendants' Motion to Quash Service of Process and Dismiss Complaint, by the American Civil Liberties Union, Break the Chain Campaign, CASA of Maryland, and Global Rights – Partners for Justice, as *Amici Curiae*, and the record in this case, it is hereby

ORDERED, the Court grants said motion.

SIGNED this ____ day of _____, 2007.

_____
Paul L. Friedman
U.S. District Court Judge