UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LUCIA MABEL GONZALEZ PAREDES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.  ) | Civil Action No. 06-0089 (PLF) |
| ) | |
| JOSE LUIS VILA ) | |
| ) | |
| and ) | |
| ) | |
| MONICA NIELSEN, ) | |
| ) | |
| Defendants. ) | |

ORDER

For the reasons explained in the Opinion issued this same day, it is hereby

ORDERED that defendants' motion to dismiss the complaint [8] and quash service of process [9] is GRANTED; and it is

FURTHER ORDERED that this case is DISMISSED without prejudice and is removed from the docket of this Court. Any other pending motions are denied as moot. This is a final appealable Order. See FED. R. APP. P. 4(a).

SO ORDERED.

\_\_\_\_/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE: March 29, 2007